**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEONA REDMON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 16-cv-11263 |
| v. | Honorable Jorge L. Alonso |
| HARRIS & HARRIS, LTD., | |
| Defendant. | |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, having reviewed the materials submitted by the parties, the Court finds the settlement of this matter to be a fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. The Court approves this settlement and grants the parties' Joint Motion for Approval of Settlement. This matter is dismissed without prejudice with each party to bear its own fees and costs, except as otherwise provided for in the parties' Settlement Agreement. Unless a motion to enforce the Settlement Agreement or a motion to extend the deadline by which such a motion must be filed, this dismissal shall automatically convert to a dismissal with prejudice as of 12:00 p.m. on September 14, 2018, without further action of the Court.

ENTERED:

4/4/18

                                                Jorge L. Alonso
                                                United States District Judge